FILED
2018 NOV 29 AM 10:17
CLERK
U.S. DISTRICT COURT

Cameron Platt (Bar No. 16548)
**STRINDBERG & SCHOLNICK, LLC**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
cameron@utahjobjustice.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| **ALBERTO PEREZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**RUPINDER DHILLON d/b/a BAYMONT INN AND SUITES,**<br><br>Defendant. | **JUDGMENT**<br><br>Civil No. 2:16-CV-454-BSJ<br><br>Judge Bruce Jenkins |

The Defendant, Rupinder Dhillon d/b/a Baymont Inn and Suites, having failed to plead or otherwise defend in this action, and default having been entered, and based on testimony provided in support of the instant judgment, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Alberto Perez, and against Rupinder Dhillon d/b/a Baymont Inn and Suites, as follows:

> ➢ Damages under the Fair Labor Standards Act in the amount of $8,252.00;

- ➢ Damages under Title VII of the Civil Rights Act and § 1981 in the amount of $12,534.00 for lost back pay and benefits;

- ➢ Plaintiff's costs in the amount of $69.09 for service of process fees;

- ➢ Pre-judgment interest in the amount of $4,660.00;

- ➢ Post judgment interest at the rate of 2.67%; and

- ➢ Attorney's fees in the amount of $10,787.75.

In sum, the Court grants Judgment to Plaintiff in the amount of $36,302.84.

DATED this 29th day of November, 2018.

Judge Bruce S. Jenkins
U.S. Senior District Judge

B:\CurrentClientsUT\Perez, Alberto\Pleadings\2018.11.28 Proposed Judgment.docx